# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

140678

ALBERT BEST, VIVIAN BEST, DEBORAH
AUSTIN, CHERYL CRIST, HEIDI RICE,
MICHAEL A. VALLILLO, MARIA
VALLILLO, and MARTHA SZOSTAK,
   Plaintiffs,

and

SHARON DAY and JULIAN HOWARD,
   Plaintiffs-Appellees,

v

PARK WEST GALLERIES, INC., ALBERT
SCAGLIONE, and MORRIS SHAPIRO,
   Defendants,

and

ROYAL CARRIBEAN CRUISES, LTD.,
   Defendant-Appellant.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140678
COA: 293502
Oakland CC: 2008-096952-CZ

   On order of the Court, the application for leave to appeal the December 11, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

d0708

_____
Clerk